In the Matter of RALPH SIMMONDS CORPORATION, Respondent, against ALBERT CONWAY, as Superintendent of Insurance of the State of New York, Appellant.

(Argued April 13, 1931; decided May 12, 1931.)

*John J. Bennett, Jr., Attorney-General (F. R. Chant* of counsel), for appellant.

*John E. Donnelly* and *Henry F. Rabbe* for respondent.

Order affirmed with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.